IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROYCE LEE KEENER                                                                PLAINTIFF

v.                                    Case No. 4:18-cv-4027

MIDLAND CREDIT MANAGEMENT, INC.                                  DEFENDANT

## ORDER

Before the Court is Plaintiff Royce Lee Keener's Notice of Voluntary Dismissal. (ECF No. 9). Plaintiff gives notice that he voluntarily dismisses the above-captioned proceeding without prejudice against Defendant Midland Credit Management, Inc.

An action may be dismissed by a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or a motion for summary judgment in this case. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of April, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge